IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JEFFREY SNOW,
    Plaintiff,

v.                                                      Civil No. 3:22cv90 (DJN)

MR. VARGAKIS, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on April 21, 2022, the Court conditionally docketed this action. (ECF No. 3.) At that time, the Court warned Plaintiff that he must keep the Court informed of his current address in the event that he was relocated or released. On April 29, 2022, the United States Postal Service returned the April 21, 2022 Memorandum Order to the Court marked, "RETURN TO SENDER," and "UNABLE TO FORWARD." (ECF No. 4, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court or provide a current address indicates a lack of interest in litigating this action. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), this action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                                                 /s/
                                              David J. Novak
                                              United States District Judge

Richmond, Virginia
Dated: May 12, 2022